UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **SHEDRICK D. ROSS**<br>**LA. DOC #344749** | **CIVIL ACTION NO. 11-cv-1423**<br>**SECTION P** |
| **VERSUS** | **JUDGE MINALDI** |
| **ALLEN PARISH JAIL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

Lake Charles, Louisiana, on this 21 day of December, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE